

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-11-00208-CR

_____

BRIAN CHADWICK MARTIN, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 8th Judicial District Court
Hopkins County, Texas
Trial Court No. 1122184

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Moseley

MEMORANDUM OPINION

Brian Chadwick Martin has filed a notice of appeal. We have now received the certification of Martin's right of appeal as required by TEX. R. APP. P. 25.2. That certification states that Martin waived his right of appeal.

Unless a certification, showing that a defendant has the right of appeal, is in the record, we must dismiss the appeal. *See* TEX. R. APP. P. 25.2(d). Because the trial court's certification affirmatively shows that Martin has waived his right of appeal, and because the record before us does not reflect that the certification is incorrect, *see Dears v. State*, 154 S.W.3d 610, 615 (Tex. Crim. App. 2005), we must dismiss the appeal.

Martin has also filed a motion to dismiss his appeal. The motion is signed by Martin and by his counsel in compliance with Rule 42.2(a) of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 42.2(a). As authorized by Rule 42.2, we grant the motion. *See* TEX. R. APP. P. 42.2.

We dismiss the appeal.

Bailey C. Moseley
Justice

Date Submitted:     January 4, 2012
Date Decided:       January 5, 2012

Do Not Publish

2